**MICHAEL MEE, ESQ.**
Bar No. 13726
400 S. 4th Street #500
Las Vegas, NV 89101
E-mail: mmee@defenselawyervegas.com
Phone: 702-990-0190
Fax: 702-442-9616
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| STTEVEN MUSCATELLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THE STATE OF NEVADA, THE CLARK COUNTY DISTRICT ATTORNEY'S OFFICE, ROY TIGHE, an individual, DOES 1 Through 10, Defendant. | Case No:  **2:24-cv-01190-RFB-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE FILING OF A RESPONSE TO MOTION TO DISMISS (ECF 10)** |

IT IS HEREBY STIPULATED between Plaintiff, STEVEN MUSCATELLO, by and through MICHAEL MEE, ESQ., and Real Party in Interest, CLARK COUNTY, on behalf of the CLARK COUNTY DISTRICT ATTORNEY'S OFFICE ("D.A. Defendant") (collectively, the "County Defendants"), through Steven B. Wolfson, District Attorney, by BRANDON M. THOMPSON, that the deadline for the Plaintiff to file a Response to Motion to Dismiss (ECF 10), presently set for November 27, 2024, be extended seven (7) days to December 4, 2024. This Request is made upon the following:

1. On November 13, 2024, the County Defendants filed a Motion to Dismiss (ECF 10).

2. The automatically generated due date for a response was thus November 27, 2024. *Id*.

3. Good cause supports this request as counsel for Plaintiff requires additional time to respond to movant's arguments.

4. The parties stipulate and respectfully request that the deadline for Plaintiff's Response be extended one week to December 4, 2024.

5. This request is not in bad faith and not for purposes of delay.

DATED this 27th day of November, 2024

DATED this 27th day of November, 2024

**/s/ Michael Mee, Esq.**
MICHAEL MEE
Nevada Bar Number 13726
Counsel for Plaintiff

**/s/ Brandon M. Thompson**
BRANDON M. THOMPSON
Deputy District Attorney
Clark County District Attorney's Office
Counsel for the County Defendants

**ORDER**

IT IS SO ORDERED the deadline for the filing of Plaintiff's Response to Motion to Dismiss (ECF 10) be extended from November 27, 2024 to December 4, 2024.

DATED this 2 day of December, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT